```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                       17-14009-CR-MARTINEZ/LYNCH


UNITED STATES OF AMERICA,       )
                                )
            PLAINTIFF,          )
                                )
       VS.                      )
                                )
RALPH ROBERT JAMES SERGO,       )
                                )
            DEFENDANT.          )
_____)

              (TRANSCRIPT BY DIGITAL RECORDING)


        TRANSCRIPT OF REPORT RE: COUNSEL AND ARRAIGNMENT HAD
BEFORE THE HONORABLE FRANK J. LYNCH, JR., IN FORT PIERCE, SAINT
LUCIE COUNTY, FLORIDA, ON FEBRUARY 1, 2017, IN THE ABOVE-STYLED
MATTER.



APPEARANCES:

FOR THE GOVERNMENT:   THEODORE COOPERSTEIN, A.U.S.A.
                      101 SOUTH  U.S. HIGHWAY 1, SUITE 3100
                      FORT PIERCE, FL 34950 - 772 293-0944

FOR THE DEFENDANT:    ROBERT B. MEADOWS, ESQ.
                      ROBERT B. MEADOWS, P.A.
                      2145 14TH AVENUE, SUITE 24
                      VERO BEACH, FL 32960 - 772 770-9190

                  CARL SCHANZLEH, RPR - CM
                  CERTIFIED COURT REPORTER
                     9960 SW 4TH STREET
                   PLANTATION, FLORIDA 33324
                        954 424-6723
```

```
 1  (FORT PIERCE, SAINT LUCIE COUNTY, FLORIDA;  FEBRUARY 1, 2017,
 2  IN OPEN COURT.)
 3            THE COURT:  GOOD MORNING.  PLEASE BE SEATED.
 4            THE FIRST MATTER IS UNITED STATES OF AMERICA VERSUS
 5  ROBERT -- EXCUSE ME.  RALPH ROBERT JAMES SERGO,
 6  17-14009-CR-MARTINEZ.
 7            MR. COOPERSTEIN:  THEODORE COOPERSTEIN FOR THE UNITED
 8  STATES STANDING IN FOR MY COLLEAGUE AUSA LINEBERGER.
 9            GOOD MORNING, YOUR HONOR.
10            THE COURT:  GOOD MORNING, SIR.
11            MR. MEADOWS:  GOOD MORNING, YOUR HONOR.  ROBERT
12  MEADOWS FOR MR. SERGO.
13            THE COURT:  MR. SERGO, WHY DON'T YOU STEP OVER NEXT TO
14  YOUR ATTORNEY.
15            GOOD MORNING, MR. MEADOWS.
16            WE HAVE AN ARRAIGNMENT.
17            ONE THING, MR. MEADOWS.  I HAVE YOUR NOTICE OF
18  APPEARANCE BUT IT DOESN'T SAY WHETHER IT'S THROUGH TRIAL OR ALL
19  THE WAY THROUGH APPEAL AS THE LOCAL RULES REQUIRE.  SO I NEED
20  TO GO OVER THAT WITH YOU.
21            MR. MEADOWS:  YES, YOUR HONOR.
22            THE COURT:  IS IT GOING TO BE ALL THE WAY THROUGH ANY
23  APPEAL BY YOU OR THE GOVERNMENT OR JUST THROUGH TRIAL?
24            MR. MEADOWS:  AT THIS POINT IT'S JUST THROUGH TRIAL,
25  YOUR HONOR.
```

```
 1                THE COURT:  OKAY.
 2                MR. SERGO, GOOD MORNING, SIR.
 3                THE DEFENDANT:  GOOD MORNING.
 4                THE COURT:  YOU UNDERSTAND THAT MR. MEADOWS HAS
 5   ENTERED A PERMANENT APPEARANCE FOR YOU BUT THAT'S ONLY THROUGH
 6   TRIAL.  SO IF YOU OR THE GOVERNMENT APPEAL THE RESULT IN THIS
 7   CASE YOU'LL HAVE TO GET AN ATTORNEY AND HIRE AN ATTORNEY TO
 8   REPRESENT YOU TO PURSUE THAT APPEAL?
 9                THE DEFENDANT:  YES, SIR.
10                THE COURT:  OKAY.  AND YOU UNDERSTAND, MR. MEADOWS,
11   UNDER THE LOCAL RULES AND THE CRIMINAL RULES THAT IF THERE IS
12   AN APPEAL BY MR. SERGO THAT YOU ARE OBLIGATED TO FILE THAT
13   NOTICE OF APPEAL TIMELY EVEN THOUGH YOU'RE NOT GOING TO
14   REPRESENT HIM ON THE APPEAL.
15                MR. MEADOWS:  YES, YOUR HONOR.  AND IT'S LIKELY THAT I
16   WOULD REPRESENT HIM, YOUR HONOR.  BUT AT THIS TIME, NO.
17                THE COURT:  OKAY.  I JUST WANT TO HAVE THAT ON THE
18   RECORD.
19                MR. MEADOWS:  (INAUDIBLE)
20                THE COURT:  HAS A COPY OF THE INDICTMENT BEEN GIVEN TO
21   COUNSEL?
22                MR. COOPERSTEIN:  YES, YOUR HONOR.
23                THE COURT:  ALL RIGHT.  IF YOU WOULD TELL ME THE
24   CHARGES AND THE POSSIBLE MAXIMUM PENALTIES AND WHEN MR. MEADOWS
25   AND MR. SERGO ARE READY WE CAN PROCEED WITH ARRAIGNMENT.
```

```
 1              MR. COOPERSTEIN:  YES, YOUR HONOR.
 2              THE DEFENDANT IS CHARGED IN A FIVE COUNT INDICTMENT
 3   WITH A FORFEITURE COUNT AS WELL.
 4              COUNT 1 CHARGES A -- THE VIOLATION OF ATTEMPT TO
 5   IMPORT A CONTROLLED SUBSTANCE, THE SUBSTANCE IS IDENTIFIED AS
 6   LYSERGIC ACID DIETHYLAMIDE, ALSO KNOWN AS LSD.
 7              THAT'S A VIOLATION OF TITLE 21 OF THE UNITED STATES
 8   CODE, SECTIONS 952, 963 AND 960(B)(2).  THE MAXIMUM PENALTY FOR
 9   COUNT 1 IS FIVE -- A MINIMUM OF FIVE YEARS TO A MAXIMUM OF 40
10   YEARS IMPRISONMENT, A FIVE MILLION DOLLAR FINE, SUPERVISED
11   RELEASE OF FROM -- A MINIMUM OF FOUR YEARS UP TO LIFE AND A
12   $100 SPECIAL ASSESSMENT.
13              COUNT 2 CHARGES THE OFFENSE OF POSSESSION WITH INTENT
14   TO MANUFACTURE AND DISTRIBUTE A CONTROLLED SUBSTANCE, AGAIN
15   THAT BEING LSD, IN VIOLATION OF TITLE 21 OF THE UNITED STATES
16   CODE, SECTIONS 841(A)(1), 846 AND 841(B)(1)(A), ROMAN FIVE.
17   THE MAXIMUM PENALTY FOR THAT OFFENSE IS A MINIMUM OF 10 YEARS
18   UP TO A MAXIMUM OF LIFE IMPRISONMENT, AN EIGHT MILLION DOLLAR
19   FINE, SUPERVISED RELEASE FROM FIVE YEARS TO LIFE AND A $100
20   SPECIAL ASSESSMENT.
21              COUNT 3 CHARGES THE OFFENSE OF CARRYING A FIREARM
22   DURING AND IN RELATION TO AND POSSESSION OF A FIREARM IN
23   FURTHERANCE OF A DRUG TRAFFICKING CRIME.  THAT'S A VIOLATION OF
24   TITLE 18 OF THE UNITED STATES CODE, SECTION 924(C)(1) CAPITAL A
25   ROMAN ONE.  AND THE MAXIMUM PENALTY FOR THAT COUNT IS A MINIMUM
```

MANDATORY FIVE YEARS UP TO LIFE, AND THAT IS TO BE CONSECUTIVE TO ANY OTHER SENTENCE.  ALSO A $250,000 FINE, SUPERVISED RELEASE FROM FIVE YEARS UP TO LIFE AND A $100 SPECIAL ASSESSMENT UPON CONVICTION.

COUNT 4 CHARGES ATTEMPT TO DISTRIBUTE A CONTROLLED SUBSTANCE, THAT BEING AGAIN LSD, IN VIOLATION OF TITLE 21 OF THE UNITED STATES CODE, SECTION 841(A)(1), 846 AND 841(B)(1) CAPITAL A ROMAN FIVE.  THE MAXIMUM PENALTY FOR THAT OFFENSE IS A MINIMUM OF 10 YEARS TO LIFE IMPRISONMENT, AN EIGHT MILLION DOLLAR FINE, SUPERVISED RELEASE FOR A PERIOD FROM FIVE YEARS UP TO LIFE AND A $100 SPECIAL ASSESSMENT.

COUNT 5 CHARGES THE DEFENDANT WITH CARRYING A FIREARM DURING AND IN RELATION TO OR POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME, IN VIOLATION OF TITLE 18, U.S. CODE SECTION 924(C)(1) CAPITAL A ROMAN ONE.  THE MAXIMUM PENALTY ON THAT OFFENSE IS A MINIMUM OF 25 YEARS TO A MAXIMUM OF LIFE IMPRISONMENT CONSECUTIVE TO ANY OTHER SENTENCE, A $250,000 FINE, SUPERVISED RELEASE OF FIVE YEARS UP TO LIFE AND A $100 SPECIAL ASSESSMENT UPON CONVICTION.

FINALLY THERE IS A FORFEITURE ALLEGATION SEEKING TO FORFEIT $15,787 IN CURRENCY, SIX SPECIFIED FIREARMS AND ASSOCIATED AMMUNITION.

THE COURT:  MR. SERGO, DO YOU UNDERSTAND THE CHARGES AGAINST YOU AND THE POSSIBLE MAXIMUM PENALTIES ASSOCIATED WITH THESE CHARGES?

```
 1              THE DEFENDANT:  YES.
 2              THE COURT:  AND DO YOU UNDERSTAND THE FORFEITURE COUNT
 3   AS WELL, THAT THE GOVERNMENT IS SEEKING FORFEITURE OF THE ITEMS
 4   WHICH ARE LISTED IN THE INDICTMENT?
 5              THE DEFENDANT:  YES.
 6              THE COURT:  OKAY.  MR. MEADOWS, WHENEVER YOU ARE
 7   READY, SIR.
 8              MR. MEADOWS:  YOUR HONOR, AT THIS TIME THE DEFENDANT
 9   WOULD PLEAD NOT GUILTY TO ALL CHARGES READ.  WE WOULD ASK FOR A
10   STANDING ORDER OF DISCOVERY BE ENTERED AND THE CASE FOR TRIAL.
11              THE COURT:  AND DO YOU WAIVE THE FORMAL READING OF THE
12   INDICTMENT?
13              MR. MEADOWS:  AND WE WAIVE FORMAL READING, YOUR HONOR.
14              THE COURT:  ALL RIGHT.  THANK YOU, SIR.
15              I WILL ACCEPT THE NOT GUILTY PLEA, SET THE CASE FOR A
16   JURY TRIAL.  MY PAPERLESS STANDING DISCOVERY ORDER UNDER THE
17   LOCAL RULES WILL GOVERN DISCOVERY AND I'LL ENTER A STATUS
18   CONFERENCE ORDER AS WELL.
19              ALL RIGHT.  THANK YOU, GENTLEMEN.
20              ANYTHING ELSE IN THIS MATTER?
21              MR. MEADOWS:  NOTHING, YOUR HONOR.
22              MR. COOPERSTEIN:  NOTHING FROM THE GOVERNMENT, YOUR
23   HONOR.
24              THE COURT:  THANK YOU, GENTLEMEN.
25                            - - -
```

C E R T I F I C A T E

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

I, CARL SCHANZLEH, OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, DO HEREBY CERTIFY THAT THE FOREGOING 6 PAGES CONSTITUTE A TRUE TRANSCRIPT OF THE PROCEEDINGS HAD BEFORE THE SAID COURT HELD IN THE CITY OF FORT PIERCE, FLORIDA, IN THE MATTER THEREIN STATED.

IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND ON THIS 13TH DAY OF JANUARY  2018.

/S/CARL SCHANZLEH
CARL SCHANZLEH, RPR-CM
CERTIFIED COURT REPORTER
9960 SW 4TH STREET
PLANTATION, FL 33324
TELEPHONE 954 424-6723