UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**SENTENCING MINUTES FOR**
**HONORABLE JOSE E. MARTINEZ**

Deft: Ralph Robert James Sergo              Case No: 17-14009-CR-MARTINEZ

Clerk: Wanda Holston                        Date: January 18, 2018

Reporter: Dawn Savino                       USPO: Ed Cooley

AUSA: Carmen Lineberger                     Counsel: Robert Meadows; Jason Wandner

Interpreter:

**JUDGEMENT AND SENTENCE**

Imprisonment:                Months                          Count(s)
                              120

This term consists of 60 months as to each of Counts One, Two and Four, to be served concurrently with each other, 30 months as to Count Three, to be served **consecutively** to the terms imposed as to Counts One, Two and Four, and 30 months as to Count Five, to be served consecutively to the term imposed in Count Three.

**Supervised Release**/Probation     Year(s)                 Count(s)
                                        5

This term consists of 5 years as to each of Counts One through Five, all to be served concurrently.

**Special Conditions:** Permissible Computer Examination, Substance Abuse Treatment, Financial Disclosure Requirement, Employment Requirement, Self-Employment Restriction, Unpaid Restitution, Fines, or Special Assessments..

**Special Assessment:** $500/Forfeiture.

Court advised defendant of right to appeal.

**CUSTODY**
\_\_\_\_ Remanded to the Custody of the U.S. Marshal Service in Miami, Florida.
\_\_\_\_ Release on Bond pending appeal.
\_\_\_\_ Self-Surrender to U.S. Marshal at 301 N. Miami Ave, Miami, Florida.

Commitment Recommendation: Defendant shall be designated to a facility as close to Orlando Florida as possible commensurate with his background and the offense of which he stands convicted. The Court also recommends the 500 hr drug education/treatment program.