UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-14009-CR-MARTINEZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RALPH ROBERT JAMES SERGO,

        Defendant.
_____/

UNITED STATES' MOTION FOR FINAL
ORDER OF FORFEITURE

        The United States of America, by and through its undersigned counsel, moves this Honorable Court to enter a final order of forfeiture in accordance with 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c).  As grounds therefore, the United States would allege as follows:

        1.      On July 14, 2017, the Court entered a preliminary order of forfeiture based upon the guilty plea and plea agreement of defendant Ralph Sergo entered in this case.

        2.      The preliminary order of forfeiture forfeited the interest of defendant Ralph Sergo in the following:

        a.      66.95285919 bitcoin, Electrum Bitcoin Wallet, with the SEED identification ending in "achieve".

        b.      $ 15,787.00 USD Currency deposited from cashier's check #1028506210.

        c.      Apple Mac Book Pro model A1398 bearing serial number: C02QT08NG8WP with a yellow flash drive attached.

        d.      Apple I-phone model A1522 Bearing IMEI number: 355878068426915.

1

      e.      Apple Mini Laptop SN W88217NW0P2.

      f.      HP laptop SN BCAJT100C9D9R0bbca.

      g.      Lenovo laptop model 80UD SN MP147RXV.

      h.      Two (2) gray in color Kingston Flash Drives.

      i.      HTC smart phone model number OP6B120.

      j.      Nikon Camera model D3200 SN 3088412.

      k.      EMTEC 30 MB SD card.

      l.      RG Industries, Model RG14, 22 caliber revolver, SN 437198.

      m.      North American Arms, Model Sidewinder, 22 Caliber revolver, SN PT06424.

      n.      Glock 19, 9mm pistol, Ser# ZXZ513 Glock 26, 9mm pistol, SN ZYY698.

      o.      Sig Sauer, Model SIGPM400, .223 caliber pistol, SN 20K029670.

      p.      Smith & Wesson, Model Airweight, .38 caliber pistol, SN CJV4670.

      q.      One (1) Sig Sauer M400 Magazine.

      r.      One (1) Glock 19 Magazine.

      s.      Sixty-four (64) rounds of 9mm ammunition.

      t.      Fifty-six (56) rounds of .22 Cal ammunition.

      u.      Three (3)Glock 9mm magazines.

      v.      Five (5) rounds of .38 ammunition.

3.      Homeland Security Investigations Immigration and Customs Enforcement and the Bureau of Alcohol Tobacco Firearms & Explosives seized the items ordered forfeited to the United States on 10/3/17 and 11/22/17.   Docket Entry 37, 38, 39, and 45.

4.      Public notice of action and arrest as to the property described in paragraph 2 appeared on the government internet site for 30 consecutive days beginning on August 26, 2017. Said notice advised all third parties of their right to petition the Court and of the intent of the United States to dispose of the forfeited property in accordance with law.   Proof of publication was filed with the Court on 9/28/17.   Docket Entry 36.   The time for filing any petitions has expired.

5.      No petitioners have come forward within the time provided for in 21 U.S.C. §853(n).

Based on the above, the United States moves this Honorable Court to enter a final order of forfeiture in accordance with 21 U.S.C. §853(n), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c) providing that:

1. The property listed in paragraph 2 is forfeited to the United States.

2. The United States has clear title to the property which has been forfeited to the United States pursuant to the order of forfeiture and may warrant good title to any subsequent purchaser or transferee in accordance with 21 U.S.C. § 853(n)(7).

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

BY:  s/ Antonia J. Barnes
ANTONIA J. BARNES (FBN 261777)
Assistant U.S. Attorney
Antonia.Barnes@usdoj.gov
United States Attorney's Office
500 S. Australian Avenue, Ste. 400
West Palm Beach, Fl. 33401-6235
Telephone: (561) 820-8711
Facsimile: (561) 655-978
Attorney for United States

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by CM/ECF on February 2, 2018, on all counsel or parties of record on the Service List below.

s/ Antonia J. Barnes
ANTONIA J. BARNES

<u>SERVICE LIST</u>

United States v. Ralph Robert James Sergo
Case No. 17-14009-CR-MARTINEZ
United States District Court, Southern District of Florida

Antonia J. Barnes
Assistant U.S. Attorney
Antonia.Barnes@usdoj.gov
U.S. Attorneys Office
500 S. Australian Ave., Ste. 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 655-9785
Attorney for Plaintiff United States
[Service via CM/ECF]

Carmen Lineberger
Assistant U.S. Attorney
carmen.lineberger@usdoj.gov
U.S. Attorneys Office
101 South U.S. Hwy. 1, Ste. 3100
Fort Pierce, FL 34950
Telephone: (772) 466-0899
Facsimile: (772) 595-3606
Attorney for Plaintiff United States
[Service via CM/ECF]

Robert Meadows, Esq.
bob@meadowslaw.us
2145 14th Avenue, Ste 24
Vero Beach, FL 32960
Telephone: (772) 770-9190
Facsimile: (772) 770-9101
Attorney for Defendant Ralph Sergo
[Service via CM/ECF]

Jason Wandner, Esq.
jason@wandnerlaw.com
100 N. Biscayne Blvd., Ste. 1607
Miami, FL   33132
Telephone: (305) 868-1655
Facsimile: (305) 868-1698
Attorney for Defendant Ralph Sergo
[Service via CM/ECF]