UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-14009-CR-MARTINEZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RALPH ROBERT JAMES SERGO,

        Defendant.
_____/

## FINAL ORDER OF FORFEITURE

**THIS MATTER** came before the Court on the motion of the United States for entry of a final order of forfeiture. The Court having reviewed the file and the pleadings in this matter and being otherwise fully advised in the premises, makes the following findings:

1. On July 14, 2017, the Court entered a preliminary order of forfeiture pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c) based upon the guilty plea and plea agreement of defendant Ralph Sergo.

2. The preliminary order of forfeiture forfeited the interest of defendant Ralph Sergo in the following:

    a.    66.95285919 bitcoin, Electrum Bitcoin Wallet, with the SEED identification ending in "achieve".

    b.    $ 15,787.00 USD Currency deposited from cashier's check #1028506210.

    c.    Apple Mac Book Pro model A1398 bearing serial number: C02QT08NG8WP with a yellow flash drive attached.

    d.    Apple I-phone model A1522 Bearing IMEI number: 355878068426915.

    e.    Apple Mini Laptop SN W88217NW0P2.

    f.    HP laptop SN BCAJT100C9D9R0bbca.

    g.    Lenovo laptop model 80UD SN MP147RXV.

    h.    Two (2) gray in color Kingston Flash Drives.

    i.    HTC smart phone model number OP6B120.

    j.    Nikon Camera model D3200 SN 3088412.

    k.    EMTEC 30 MB SD card.

    l.    RG Industries, Model RG14, 22 caliber revolver, SN 437198.

    m.    North American Arms, Model Sidewinder, 22 Caliber revolver, SN PT06424.

    n.    Glock 19, 9mm pistol, Ser# ZXZ513 Glock 26, 9mm pistol, SN ZYY698.

    o.    Sig Sauer, Model SIGPM400, .223 caliber pistol, SN 20K029670.

    p.    Smith & Wesson, Model Airweight, .38 caliber pistol, SN CJV4670.

    q.    One (1) Sig Sauer M400 Magazine.

    r.    One (1) Glock 19 Magazine.

    s.    Sixty-four (64) rounds of 9mm ammunition.

    t.    Fifty-six (56) rounds of .22 Cal ammunition.

    u.    Three (3)Glock 9mm magazines.

    v.    Five (5) rounds of .38 ammunition.

3.    Publication has been duly made in this matter. The time for filing any petitions has expired.

4.    No petitioners have come forward within the time provided for in 21 U.S.C. §853(n).

Based upon the above findings and the Court being otherwise fully advised in the matter, it is hereby

**ORDERED AND ADJUDGED:**

1.    The United States' motion for final order of forfeiture is granted.

2.    The following items a-k are hereby forfeited to the United States pursuant to 21 U.S.C. § 853:

    a.    66.95285919 bitcoin, Electrum Bitcoin Wallet, with the SEED identification

2

ending in "achieve";

b.    $ 15,787.00 USD Currency deposited from cashier's check #1028506210.

c.    Apple Mac Book Pro model A1398 bearing serial number: C02QT08NG8WP with a yellow flash drive attached;

d.    Apple I-phone model A1522 Bearing IMEI number: 355878068426915.

e.    Apple Mini Laptop SN W88217NW0P2.

f.    HP laptop SN BCAJT100C9D9R0bbca.

g.    Lenovo laptop model 80UD SN MP147RXV.

h.    Two (2) gray in color Kingston Flash Drives.

i.    HTC smart phone model number OP6B120.

j.    Nikon Camera model D3200 SN 3088412.

k.    EMTEC 30 MB SD card.

3.    The following items l-v are hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c):

l.    RG Industries, Model RG14, 22 caliber revolver, SN 437198.

m.    North American Arms, Model Sidewinder, 22 Caliber revolver, SN PT06424.

n.    Glock 19, 9mm pistol, Ser# ZXZ513 Glock 26, 9mm pistol, SN ZYY698.

o.    Sig Sauer, Model SIGPM400, .223 caliber pistol, SN 20K029670.

p.    Smith & Wesson, Model Airweight, .38 caliber pistol, SN CJV4670.

q.    One (1) Sig Sauer M400 Magazine.

r.    One (1) Glock 19 Magazine.

s.    Sixty-four (64) rounds of 9mm ammunition.

t.    Fifty-six (56) rounds of .22 Cal ammunition.

u.    Three (3) Glock 9mm magazines.

v.    Five (5) rounds of .38 ammunition.

4.    The Court finds that the United States has clear title to the property which has been forfeited to the United States pursuant to the order of forfeiture and may warrant good title to any subsequent purchaser or transferee in accordance with 21 U.S.C. §(853)(n)(7).

5.    Homeland Security Investigations and the Bureau of Alcohol Tobacco Firearms

and Explosives are directed to dispose of the forfeited property in accordance with law.

**DONE AND ORDERED** in Chambers at \_\_\_Miami\_\_\_, Florida, this \_5\_ day of February, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: Antonia J. Barnes, AUSA
    Carmen Lineberger, AUSA
    Robert Meadows, Esq.
    Jason Wandner, Esq.

## SERVICE LIST

United States v. Ralph Robert James Sergo
Case No. 17-14009-CR-MARTINEZ
United States District Court, Southern District of Florida

Antonia J. Barnes
Assistant U.S. Attorney
Antonia.Barnes@usdoj.gov
U.S. Attorneys Office
500 S. Australian Ave., Ste. 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 655-9785
Attorney for Plaintiff United States
[Service via CM/ECF]

Carmen Lineberger
Assistant U.S. Attorney
carmen.lineberger@usdoj.gov
U.S. Attorneys Office
101 South U.S. Hwy. 1, Ste. 3100
Fort Pierce, FL 34950
Telephone: (772) 466-0899
Facsimile: (772) 595-3606
Attorney for Plaintiff United States
[Service via CM/ECF]

Robert Meadows, Esq.
bob@meadowslaw.us
2145 14th Avenue, Ste 24
Vero Beach, FL 32960
Telephone: (772) 770-9190
Facsimile: (772) 770-9101
Attorney for Defendant Ralph Sergo
[Service via CM/ECF]

Jason Wandner, Esq.
jason@wandnerlaw.com
100 N. Biscayne Blvd., Ste. 1607
Miami, FL   33132
Telephone: (305) 868-1655
Facsimile: (305) 868-1698
Attorney for Defendant Ralph Sergo
[Service via CM/ECF]