Case # 17-14009 CR
Martinez/Lynch

JUN 0 4 2018
STEVEN M. LA...
CLERK...

Judge Martinez                                 5/24/18

Firstly I would like to thank you again. My sentence of 120 months allows me to see the light at the end of the tunnel and know that one day I will make it back to my family. I have been very fortunate to of been blessed with such a lovely wife and my children are just so perfect. I've now had the opportunity to meet my son in person several times, and he is just amazing. My daughter Lilian is still young, she will be 3 in about 6 weeks and is my little princess. My projected out-date is October 2025, and although I do pray that I will be able to get out sooner, I will still have a lot of time with my children while they are still young. My family is the most important thing to me, and to know that soon one day we will be together again is such a great gift.

I am participating in programs, bettering myself, and staying out of trouble. I am confident that I will serve my time without a single incident report. My focus is to return home to my family and be a man, work hard, and leave this behind me. I cannot take back my foolish actions and decisions, but I can learn from them and integrate those lessons into my life.

On behalf of my family, we all thank you for your fair sentence, and I look forward to moving forward from here. I hope to be able to use my skills and intelligence for a

Thank you very much once again, your honor, for your time, and for allowing me to one day again be a father to my children, and a husband to my wife. We are all very grateful.

Respectfully, Ralph Sergi

Ralph Sergo #15541-104
Federal Correctional Complex Coleman Low
PO Box 1031
Coleman, FL 33521

TAMPA FL 335
SAINT PETERSBURG FL
30 MAY 2018 PM 4 L

Jose Martinez
Wilkie D Ferguson Jr.
United States Courthouse
400 N Miami Ave
Miami, FL 33128

33128-180727