

Exhibit "1"

suzy capri <suzy@wandnerlaw.com>

## Ralph Robert James Sergo, Reg. # 15541-104 (LETTER CORRESPONDENCE BY ATTORNEY JASON M. WANDNER ATTACHED)

1 message

**Suzy** <suzy@wandnerlaw.com>
To: TAL/ExecAssistant@bop.gov

Mon, Apr 27, 2020 at 2:51 PM

Attached please find Letter Correspondence by Attorney Jason M. Wandner, P.A.

Thank you.

*Suzy Capristo*
Legal Assistant/Certified Paralegal
B.A.
Email: suzy@wandnerlaw.com

**LAW OFFICES OF JASON M. WANDNER, P.A.**

New World Tower
100 N. Biscayne Boulevard
Suite 1607
Miami, Florida 33132
Email: jason@wandnerlaw.com
Website: http://www.wandnerlaw.com
Telephone (305) 868-1655. Fax (305) 503-7480

**Stuart Office:**
Treasure Coast-Stuart Office
412 SW Camden Avenue
Stuart, Florida 34994
Telephone (772)-324-9255
Website: http://www.wandnerlaw.com

Exhibit "1"



Privileged and Confidential

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

📎 **Letter Correspondence by Jason M. Wandner PA.pdf**
123K